■ LEONA CAMPBELL et al., Appellants, v ELAINE L. BASSLER et al., Defendants, and CITY OF NEW YORK, Respondent. — Appeal from an order of the Supreme Court, Queens County (Kunzeman, J.), dated May 26, 1982, dis-

missed. That order was superseded by an order of the same court dated July 29, 1982, which was entered upon reargument. Order dated July 29, 1982 affirmed, insofar as appealed from. No opinion. Respondents are awarded one bill of $50 costs and disbursements. Titone, J. P., Bracken, Niehoff and Rubin, JJ., concur.